IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR454 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| DARRYL WELLON, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 25). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts II, V, VII and VIII of said Indictment. Count II charges the Defendant with one count of possessing with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1)&(b)(1). Count V charges the Defendant with one count of using and carrying a firearm during and in relation to, and possessing a firearm in furtherance of, a drug trafficking crime, in violation of 18 U.S.C. § 924(c). Count VIII of said Indictment seeks the forfeiture, pursuant to 21 U.S.C. § 853, of $430.00 in United States currency on the basis it was used or was intended to be used to facilitate said controlled substance violation and/or was derived from proceeds obtained directly or indirectly as a result of the commission of said controlled substance violation. Count VII of said Indictment seeks the forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of one .22 caliber Jennings Model J-22 handgun, one Hi Point 9mm handgun, serial#P1365821, one Ruger .22 caliber rifle, serial# 245-53169,one Winchester .22 caliber rifle, model 9422, serial# F532293, Bushmaster .223 caliber rifle (with conversion magazine), model XM15-E25,

serial# L154860, on the basis they were firearms involved or used in the knowing commission of the offense charged in Count V.

2.  By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 25) is hereby sustained.

B.  Based upon Counts VII and VIII of the Indictment and the Defendant's plea of guilty, the United States is hereby authorized to seize $430.00 in United States currency, one .22 caliber Jennings Model J-22 handgun, one Hi Point 9mm handgun, serial#P1365821, one Ruger .22 caliber rifle, serial# 245-53169,one Winchester .22 caliber rifle, model 9422, serial# F532293,  Bushmaster .223 caliber rifle (with conversion magazine), model XM15-E25, serial# L154860.

C.  The Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

E.  Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the

Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.   Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.   Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 17th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge