UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 8:07CR454 |
| | ) |
| vs. | ) **FINAL ORDER OF** |
| | ) **FORFEITURE** |
| | ) |
| DARRYL T. WELLON, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 33). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 17, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), 853, Title 18, United States Code, Sections 924(c), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts II, V, VII and VIII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $430.00 in United States currency, one .22 caliber Jennings Model J-22 handgun, one Hi Point 9mm handgun, serial#P1365821, one Ruger .22 caliber rifle, serial# 245-53169,one Winchester .22 caliber rifle, model 9422, serial# F532293, Bushmaster .223 caliber rifle (with conversion magazine), model XM15-E25, serial# L154860, were forfeited to the United States.

2. On May 1, 8 and 15, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said properties. An Affidavit of Publication was filed herein on June 13, 2008 (Filing No. 32).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 33) is hereby sustained.

B. All right, title and interest in and to the $430.00 in United States currency, one .22 caliber Jennings Model J-22 handgun, one Hi Point 9mm handgun, serial#P1365821, one Ruger .22 caliber rifle, serial# 245-53169,one Winchester .22 caliber rifle, model 9422, serial# F532293, Bushmaster .223 caliber rifle (with conversion magazine), model XM15-E25, serial# L154860, held by any person or entity, are hereby forever barred and foreclosed.

C. The $430.00 in United States currency, one .22 caliber Jennings Model J-22 handgun, one Hi Point 9mm handgun, serial#P1365821, one Ruger .22 caliber rifle, serial# 245-53169,one Winchester .22 caliber rifle, model 9422, serial# F532293, Bushmaster .223 caliber rifle (with conversion magazine), model XM15-E25, serial# L154860, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshals Service and Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska are directed to dispose of said properties in accordance with law.

DATED this 13th day of June, 2008.

**BY THE COURT:**

s/ Laurie Smith Camp
**United States District Court**